AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| The Mitchell Law Firm LP | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-02582-M |
| | ) | |
| Bessie Jeanne Worthy Revocable Trust | ) | |
| *Defendant* | ) | |

### Summons in a Civil Action

**TO:** Estate of Bessie Jeanne Worthy
2595-84 Atlanta Avenue
Riverside, CA 92507

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Gregory Mitchell
    12720 Hillcrest Road
    Suite 625
    Dallas, TX 75230

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 09/12/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-02582-M

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) Larry Hodge, Administrator of the Estate of Bessie Jeane Worthy
was received by me on (*date*) 9/12/2016.

☐ I personally served the summons on the individual at (*place*) _____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) Larry Hodge, Administrator, who is designated by law to accept service of process on behalf of (*name of organization*) the Estate of Bessie Jeane Worthy on (*date*) 9/12/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9/12/2016

Gregory W. Mitchell
Server's signature

Gregory W. Mitchell
Printed name and title

12720 Hillcrest, Suite 625
Dallas, TX 75230
Server's address

Additional information regarding attempted service, etc: