Joyce W. Lindauer
Attorneys at Law
12720 Hillcrest Road
Suite 625
Dallas, Texas  75230
(972)503-4033 – Office
(972)503-4034 – Facsimile

ATTORNEY FOR DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **The Mitchell Law Firm, L.P.** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 3:16-cv-02582** |
| **Bessie Jeanne Worthy Revocable** | § | |
|   **Trust and Estate of Bessie Jeanne** | § | |
|   **Worthy** | § | |
| | § | |
| | § | |
| *Defendants* | § | |

## DEFENDANTS' ORIGINAL ANSWER

COME NOW, Bessie Jeanne Worthy Revocable Trust (the "**Trust**") and Estate of Bessie Jeanne Worthy ("**Estate**") (Trust and Estate collectively, the "**Defendants**"), Defendants in the above-entitled and numbered case and file this their Original Answer in this proceeding initiated by The Mitchell Law Firm, L.P. ("**Plaintiff**"), and in support thereof respectfully represent:

### I.   <u>GENERAL DENIAL</u>

1.      Subject to such stipulations and admissions as may be made hereafter, Defendants hereby enter a general denial as is permitted by Rule 8 of the Federal Rules of Civil Procedure, and requests that Plaintiff be required to prove by a preponderance of the evidence the charges and allegations.

## II.  ADMISSIONS AND DENIALS

2.      Defendants admit the allegations in paragraphs 1, 2, and 2A.

3.      Defendants deny the allegations in paragraphs 3-12.

WHEREFORE, PREMISES CONSIDERED, Defendants pray this Court enter judgment that Plaintiff takes nothing, assess costs against Plaintiff, and for such other and further relief to which Defendants may be justly entitled, at law or in equity.

SIGNED this 12th day of September, 2016.

Respectfully submitted,

JOYCE LINDAUER

**/s/   Joyce Lindauer**
Joyce Lindauer
12720 Hillcrest Road, Suite 625
Dallas, Texas  75230
(972)503-4033 – Office
(972)503-4034 – Facsimile
State Bar ID:  21555700

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served via the Court's ECF system or by e-mail and/or U.S. mail on the attorney for the Plaintiff on this 12th day of September, 2016.

/s/  **Joyce Lindauer**
Joyce Lindauer
Attorney for Defendants