# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

The Mitchell Law Firm, L.P.
Plaintiff

v.

3:16-cv-02582
Civil Action No.

Bessie Jeanne Worthy Revocable Trust and Est
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendants Bessie Jeanne Worthy Revocable Trust and the Estate of Bessie Jeanne Worthy

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

The Mitchell Law Firm, L.P. - Plaintiff,
Bessie Jeanne Worthy Revocable Trust - Defendant,
Larry Hodge - Trustee of Bessie Jeanne Worthy Revocable Trust, and
Larry Hdoge - Administrator of the Estate of Bessie Jeanne Worthy.

| | |
|---|---|
| Date: | September 12, 2016 |
| Signature: | /s/ Joyce Lindauer |
| Print Name: | Joyce Lindauer |
| Bar Number: | 21555700 |
| Address: | 12720 Hillcrest Road, Suite 625 |
| City, State, Zip: | Dallas, TX  75230 |
| Telephone: | (972)503-4033 |
| Fax: | (972)503-4034 |
| E-Mail: | joyce@joycelindauer.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons