IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| The Mitchell Law Firm, L.P. § § *Plaintiff* § § v. § § Bessie Jeanne Worthy Revocable § Trust and Estate of Bessie Jeanne § Worthy § § § *Defendants* § | Civil Action No. 3:16-cv-02582 |

**AGREED FINAL JUDGMENT**

On this day, the Court heard and considered Plaintiff The Mitchell Law Firm, L.P.'s ("**Plaintiff**") Complaint against Defendants Bessie Jeanne Worthy Revocable Trust and Estate of Bessie Jeanne Worthy ("**Defendants**"). Finding that the Defendants have been properly served according to law and have appeared and answered herein, and that the parties hereto have entered into a valid, enforceable agreement to resolve this matter, it is of the opinion of the Court that the following judgment shall be entered:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by this Court that Plaintiff The Mitchell Law Firm, L.P. shall have and recover judgment against Defendants Bessie Jeanne Worthy Revocable Trust and Estate of Bessie Jeanne Worthy jointly and severally in the sum of SEVENTY-SIX THOUSAND ONE-HUNDRED FIFTY-FIVE AND 50/100 ($76,155.50).

IT IS FURTHER ORDERED that Plaintiff is awarded attorneys' fees and costs in the amount of $2,000.00.

All writs and processes for the enforcement and collection of this Judgment and for the costs of Court may issue as necessary. All other relief requested by either Plaintiff or Defendants not expressly granted herein is denied.

SIGNED this 16 day of September, 2016.

JUDGE PRESIDING

Agreed as to form and substance and entry requested:

/s/ Gregory W. Mitchell
GREGORY W. MITCHELL
State Bar No. 00791285
*Attorney for Plaintiff*

/s/ Joyce Lindauer
JOYCE LINDAUER
State Bar No. 2155570
*Attorney for Defendants*

Larry Hodge
Administrator of the Estate of Bessie Jeanne Worthy

Larry Hodge
Trustee of the Bessie Jeanne Worthy Revocable Trust

All writs and processes for the enforcement and collection of this Judgment and for the costs of Court may issue as necessary. All other relief requested by either Plaintiff or Defendants not expressly granted herein is denied.

SIGNED this _____ day of _____ 2016.

_____
JUDGE PRESIDING

Agreed as to form and substance and entry requested:

/s/ Gregory W. Mitchell
**GREGORY W. MITCHELL**
State Bar No. 00791285
*Attorney for Plaintiff*

/s/ Joyce Lindauer
**JOYCE LINDAUER**
State Bar No. 2155570
*Attorney for Defendants*

_____
Larry Hodge
Administrator of the Estate of Bessie Jeanne Worthy

_____
Larry Hodge
Trustee of the Bessie Jeanne Worthy Revocable Trust

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_Signature of Document Signer No. 1_     _Signature of Document Signer No. 2 (if any)_

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Riverside

Subscribed and sworn to (or affirmed) before me on this 13th day of September, 2016,
by
(1) Larry Hodge
(and 2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

MEGHAN M. BACCA
Notary Public - California
Riverside County
Commission # 2154712
My Comm. Expires Jun 22, 2020

Seal
Place Notary Seal Above

——————————— OPTIONAL ———————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910